

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 96 CR 815 |
| ) | CHIEF JUDGE |
| LEE JACKSON, Jr., and ) | CHARLES P. KOCORAS |
| JAMES P. YOUNG | |

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUBMISSIONS IN SUPPORT OF A FULL SENTENCING REMAND**

Now comes the United States of America, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, and respectfully moves for an extension of time in which to respond to the Submissions of Defendant Jackson and Defendant Young in Support of Full Sentencing Remand, and states in support as follows:

1) Due to unforeseen circumstances and trial schedules, the undersigned AUSA has been unable to file the government's response to the defendants' Submissions in Support of Full Sentencing Remand before the date upon which it was due, September 16, 2005.

2) The undersigned AUSA completed a trial in United States v. Ratliffe-White on September 12, 2005. On September 13, 2005, a death in the family caused family members who were providing child care to travel out of state for a week. The undersigned AUSA was required by this unforeseen event to reduce his work schedule for a week to provide child care. The undersigned AUSA is currently on trial in United States v. Anderson (04 CR 789), which trial is

expected to be completed by October 3, 2005. Preparations for that trial took the prior 5 business days. The undersigned AUSA took his laptop computer home over the past weekend in order to complete the draft of the government's response in this case, but was restricted from access to the files. The access was restored by computer technicians on the date of this filing.

3) The undersigned AUSA has no other matters scheduled after the <u>Anderson</u> trial, and will be able to complete the government's response on or before October 10, 2005.

4) Counsel for defendants Jackson and Young have no objection to an additional extension of time in which the government must file its response.

Wherefore the United States of America respectfully requests an extension of time in which to file its response to October 10, 2005.

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

September 26, 2005     By: _____
BRIAN PATRICK NETOLS
Assistant U.S. Attorney
312-353-4128

2

UNITED STATES DISTRICT COURT128
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 96 CR 815 |
| v. ) | CHIEF JUDGE |
| ) | CHARLES P. KOCORAS |
| EDWARD LEE JACKSON, JR., and ) | |
| JAMES P. YOUNG ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that service of **GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUBMISSIONS IN SUPPORT OF A FULL SENTENCING REMAND** has been made on defendant this 26th day of September, 2005, via United States Mail to the following individuals:

Kent R. Carlson & Associates P.C.
53 W. Jackson Blvd., Suite 1544
Chicago, IL 60604
(312) 663-9601

Linda Amdur
Attorney for Defendant James Young
53 W. Jackson Blvd., Suite 1503
Chicago, IL 60604
(312) 347-9999

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

September 26, 2005  BY:  _____
BRIAN PATRICK NETOLS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4128